**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 18-6291**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

WAINSWORTH MARCELLUS HALL, a/k/a Unique,

    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:93-cr-00162-RAJ-1)

---

Submitted:  July 19, 2018            Decided:  July 23, 2018

---

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wainsworth Marcellus Hall, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wainsworth Marcellus Hall appeals the district court's orders denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), and denying his motion to supplement the record. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *United States v. Hall*, No. 2:93-cr-00162-RAJ-1 (E.D. Va. Mar. 1, 2018 & Mar. 7, 2018). We dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Hall's motion challenged the drug amount attributed to him at sentencing, such claim is not properly raised in a § 3582 motion. *United States v. Stewart*, 595 F.3d 197, 201 (4th Cir. 2010) (noting § 3582 proceeding is "not considered a full resentencing by the court").